UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:21-cv-22894-Civ-SCOLA-GOODMAN

L.H.,

    Plaintiff,

v.

MARRIOTT INTERNATIONAL INC., et al.,

    Defendants.

**NOTICE OF STRIKING ECF NO. 66**

Defendants Hilton Worldwide Holdings Inc. and Hilton Domestic Operating Company Inc., hereby give notice of striking Defendants Hilton Worldwide Holdings Inc., Hilton Domestic Operating Company Inc., and G6 Hospitality LLC's Motion to Dismiss Second Amended Complaint and Memorandum of Law (ECF No. 66). Defendants will re-file this document immediately with a corrected CM/ECF entry.

Dated: January 10, 2022	Respectfully submitted,

/s/ *Ana María Cristina Pérez Soto*
Ana María Cristina Pérez Soto (FL Bar Number 096692)
cperezsoto@jonesday.com
JONES DAY
600 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone: +1.305.714.9733
Facsimile: +1.305.714.9799

Nicole M. Perry (*Pro Hac Vice*)
nmperry@jonesday.com
JONES DAY
717 Texas Street, Suite 3300
Houston, TX 77002
Telephone: +1.832.239.3939
Facsimile: +1.832.239.3600

Bethany K. Biesenthal (*Pro Hac Vice*)
bbiesenthal@jonesday.com
Allison L. McQueen (*Pro Hac Vice*)
amcqueen@jonesday.com
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, IL 60601
Telephone: +1.312.782.3939
Facsimile: +1.312.782.8585

*Attorneys for Defendants Hilton Worldwide Holdings Inc. and Hilton Domestic Operating Company Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2022, the foregoing was filed using the Court's CM/ECF system and served via email on all counsel of record.

*/s/ Ana María Cristina Pérez Soto*
Ana María Cristina Pérez Soto

*Attorney for Defendants Hilton Worldwide Holdings Inc. and Hilton Domestic Operating Company Inc.*